# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139720

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SANTEE ORRICK FRANKLIN,
        Defendant-Appellant.

SC: 139720
COA: 291986
Ingham CC: 06-000951-FC

_____/

      On order of the Court, the application for leave to appeal the August 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

s0125

Clerk